IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Darlene V. Cronin, | ) |
|                 Plaintiff, | ) C.A. No. 4:09-1042-HMH-TER |
| vs. | ) **OPINION AND ORDER** |
| Michael J. Astrue, Commissioner of Social Security Administration, | ) |
|                 Defendant. | ) |

This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(d). Darlene V. Cronin ("Cronin") initially requested attorney's fees for services rendered in the above-captioned social security action in the amount of $7,043.40 (calculated at $163.42 per hour for 43.10 hours).[1] However, on January 22, 2010, the parties filed a stipulation providing that an award of $5,500.00 is a reasonable attorney's fee in this case. The court agrees that an award of $5,500.00 is a reasonable attorney's fee.

---

[1] "[A]ttorney's fees under the EAJA are payable to the claimant, not the attorney" and "it is settled law that the attorney does not have standing to apply for the EAJA fees; that right belongs to the prevailing party." Stephens v. Astrue, 565 F.3d 131, 137-38 (4th Cir. 2009) (internal quotation marks omitted).

1

Therefore, it is

**ORDERED** that Cronin's motion for attorney's fees, docket number 24, is granted and Cronin is awarded attorney's fees in the amount of $5,500.00.

**IT IS SO ORDERED**.

                                              s/Henry M. Herlong, Jr.
                                              Senior United States District Judge

Greenville, South Carolina
January 26, 2010